IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAROLD JACKSON and ) | |
| JOHN D. WILLIAMS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 05-491-BH-M |
| ) | |
| PERFORMANCE CONTRACTORS, ) | |
| INC.; and HEATH WALKER, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on Plaintiffs' Motion (Doc. 13) to Amend Complaint and Motion (Doc. 14) to Remand this case back to the Circuit Court of Washington County, Alabama. This case was originally removed to this Court based on Defendants' assertion that this matter includes a question of federal law. Defendants submit that this Court has jurisdiction pursuant to 28 U.S.C. §1331 because Plaintiffs allege in their Complaint (Doc. 1-2), "Defendants' actions were done with reckless indifference to Plaintiffs' **federally protected rights**." (Def.'s Notice of Removal, Doc. 1, ¶6).

Plaintiffs are now before the Court seeking to amend their complaint, originally filed in the Circuit Court of Washington County, to delete the inadvertently included word "federally" from the statement in question. The excerpt relied on by Defendants for removal is included under Plaintiffs' state law claim for "Violations of the Florida Civil Rights Act" and Plaintiffs have not otherwise specifically alleged any claims under federal law. Therefore, the Court finds that Plaintiffs inadvertently inserted the word "federally" in paragraph twenty (20) of their Complaint and amendment of this language is appropriate. Plaintiffs' Motion (Doc. 13) to Amend their Complaint is **due to be and hereby GRANTED**.

Defendants rely solely on the inclusion of the word "federally" in Plaintiffs' Complaint to support removal to this Court. Since, upon amendment, the Complaint no longer contains this language, the Court finds that Plaintiffs' Motion (Doc. 14) to Remand this matter back to the Circuit Court of Washington County, Alabama is **due to be and hereby GRANTED**.

**So ORDERED**, this 14th day of September, 2005.

                                                    s/ W. B. Hand
                                          SENIOR DISTRICT JUDGE